IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA MITCHELL,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO.  17-1806 |
| | : | |
| **ALLSTATE INSURANCE CO.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this    19th       day of June, 2017, after a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that all discovery in this action shall be completed by **Monday, October 16, 2017.**

IT IS FURTHER ORDERED that the Clerk of Court shall:

1. refer this matter to arbitration;

2. mark this action CLOSED for statistical purposes; and

3. place the matter in the Civil Suspense File.

FINALLY, IT IS ORDERED that this court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

  /s/ Lawrence F. Stengel          
LAWRENCE F. STENGEL, J.