# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTHA MITCHELL** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 17-1806** |
| | : |
| **ALLSTATE INSURANCE COMPANY** | : |

## ORDER

**AND NOW**, this 29th day of March 2019, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 58), the *pro se* Plaintiff's multiple Responses (ECF Doc. Nos. 60, 63, 67 and 73), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 58) is **GRANTED** as the Plaintiff has not adduced clear and convincing evidence of her home insurer's bad faith and judgment as a matter of law as warranted in favor of Defendant. The Clerk of Court shall **close** this case.

**KEARNEY, J.**